UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
:
BESAIDA CABRERA,                            :
:                    **ORDER**
Plaintiff,                 :            26-CV-1730 (AT) (KHP)
:
-against-                   :
:
FRANK BISIGNANO,                            :
Commissioner of Social Security,
:
Defendant.                 :
:
---------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

This case has been referred to me for a report and recommendation.  The parties shall

meet and confer to discuss whether they jointly consent to decision of this action by a United

States Magistrate Judge (that is, the undersigned), pursuant to 28 U.S.C. § 636(c).  If the parties

jointly consent, they shall complete the consent form available on the Court's website at

https://nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge and return the form to

the Clerk of the Court.

If either or both parties do not consent, counsel for Plaintiff shall file a letter on ECF no

later than **April 17, 2026,** representing that the parties met and conferred but that they do not

jointly consent.  The letter should not indicate any particular party's consent or non-consent.

This Order is not meant to interfere in any way with the parties' absolute right to

decision by a United States District Judge, but is merely an attempt at preserving scarce judicial

resources and reminding the parties of their option pursuant to 28 U.S.C. § 636(c).  There will

be no adverse consequences if the parties withhold their consent, but granting consent may result in a faster and more efficient resolution of this case.

**SO ORDERED.**

Dated: April 6, 2026
     New York, NY

_____
KATHARINE H. PARKER
United States Magistrate Judge

2